UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOYCE ANN SKINNER and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA, <br><br> Defendant. | No. 2:13-cv-00936-GEB-KJN <br><br> **ORDER DEEMING MOTION TO STRIKE WITHDRAWN AND VACATING HEARING DATE.** |

In light of the stipulation the parties filed on December 2, 2013, the motion scheduled for hearing on December 16, 2013, is deemed withdrawn and the hearing date is vacated.

Dated: December 3, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1