UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | 13-cv-00936-GEB-KJN |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE AN AMENDED COMPLAINT[1] |
| JOYCE ANN SKINNER and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA, | |
| Defendants. | |
| AND RELATED THIRD-PARTY COMPLAINT | |

Plaintiff moves for an order granting leave to file the amended complaint, which is attached to its motion. The motion is unopposed.

The motion is granted, and Plaintiff has five (5) days leave from the date on which this Order is filed to file the

---

[1] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

amended complaint which is attached to the motion.

Dated:  January 24, 2014

                                                                                                                                               _____

GARLAND E. BURRELL, JR.
Senior United States District Judge