UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOYCE ANN SKINNER and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA, and BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA,<br><br>　　　　　Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT | No. 2:13-cv-00936-GEB-KJN<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a "Request for Judicial Notice of Settlement" on May 7, 2014, in which it states:

> [T]he Parties, and each of them, have settled all claims relative to the above-entitled action *in their entirety*, and Plaintiff respectfully requests this Court take judicial notice of same.
>
> Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to defense counsels by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, promptly.

1

(Pl.'s Notice of Settlement, ECF No. 44.) Therefore, a dispositional document shall be filed no later than Wednesday, May 28, 2014. See E.D. Cal. R. 160(b) (prescribing that documents disposing of an action shall be filed "not . . . more than twenty-one (21) days from the date of [notice of settlement], absent good cause"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, in light of the referenced settlement, the pending motions for summary judgment (ECF Nos. 42, 43) are deemed withdrawn, and the hearings on said motions scheduled for June 2, 2014, are vacated.

IT IS SO ORDERED.

Dated: May 8, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge