UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No.  2:13-cv-00936-GEB-KJN |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| JOYCE ANN SKINNER and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA, and BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS DINNER HOUSE & LOUNGE A/K/A BELLA ROSA, | |
| Defendants. | |
| AND RELATED THIRD-PARTY COMPLAINT | |

Plaintiff filed a "Corrected Request for Judicial Notice of Settlement" on May 8, 2014, in which it states:

> Plaintiff . . . has resolved all of its claims relative to the above-entitled action regarding defendants JOYCE ANN SKINNER, LARRY LEROY SKINNER and BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE a/k/a LA BELLA ROSE *only* and Plaintiff respectfully requests this Honorable Court please take judicial notice of same.

(Pl.'s Corrected Req. for Judicial Notice of Settlement 1:18-22, ECF No. 46.)

1

1       Therefore, a dispositional document regarding the
2 settled claims, i.e., Plaintiff's First Amended Complaint, shall
3 be filed no later than May 29, 2014. <u>See</u> E.D. Cal. R. 160(b)
4 (prescribing that documents disposing of an action shall be filed
5 "not . . . more than twenty-one (21) days from the date of
6 [notice of settlement], absent good cause"). Failure to respond
7 by this deadline may be construed as consent to dismissal of the
8 First Amended Complaint without prejudice, and a dismissal order
9 could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file
10 dispositional papers on the date prescribed by the Court may be
11 grounds for sanctions.").

12       Further, hearing on Defendants/Third-Party Defendants
13 Brian Elia and Michael Elia's Motions for Summary Judgment, (ECF
14 Nos. 42, 43), is continued until 9:00 a.m. on June 16, 2014.
15 Reply briefs concerning these motions, if any, may be filed
16 according to the new hearing schedule. <u>See</u> E.D. Cal. R. 230(d).

17       IT IS SO ORDERED.
18 Dated: May 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2