Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 2:13-cv-00936-GEB-KJN |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S FISRT AMENDED COMPLAINT AGAINST DEFENDANT BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA |
| vs. | |
| JOYCE ANN SKINNER, ET AL., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA, that the above-entitled defendant is hereby dismissed **without prejudice** against BRIAN M. ELIA, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA *only*.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 30, 2014, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**

///
///
///
///

STIPULATION OF DISMISSAL
Case No. 2:13-cv-00936-GEB-KJN
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: _____

**LAW OFFICES OF MATTHEW A. PARE, APC**
By: Matthew A. Pare
Attorneys for Defendant
BRIAN M. ELIA, individually and d/b/a
CAMANCHE HILLS SPORTSMAN DINNER AND
LOUNGE A/K/A LA BELLA ROSA

**IT IS SO ORDERED**:

Dated:  May 30, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION OF DISMISSAL
Case No. 2:13-cv-00936-GEB-KJN
PAGE 2