Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOYCE ANN SKINNER, ET AL.,<br><br>Defendants. | CASE NO. 2:13-cv-00936-GEB-KJN<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS  JOYCE ANN SKINNER, and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants JOYCE ANN SKINNER, and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA, that the above-entitled defendants is hereby dismissed **with prejudice** against JOYCE ANN SKINNER, and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA *only.*

///
///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: _____

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: _____

**STEPHEN THOMAS CAMMACK LAW OFFICES**
By: Stephen Thomas Cammack
Attorneys for Defendants
JOYCE ANN SKINNER, and LARRY LEROY SKINNER, individually and d/b/a CAMANCHE HILLS SPORTSMAN DINNER AND LOUNGE A/K/A LA BELLA ROSA

**IT IS SO ORDERED**:

Dated: May 30, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION OF DISMISSAL**
**Case No. 2:13-cv-00936-GEB-KJN**
**PAGE 2**